## Commonwealth *v.* Horton, Appellant.

Argued September 13, 1973. *Leonard Sosnov,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney,* Assistant District Attorney, with him *Joel W. Todd* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed; reargument refused November 30, 1973.

SPAULDING, J., absent.

## Commonwealth *v.* Jenkins, Appellant.

Submitted September 18, 1973. *Earle D. Lees* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.